IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHEILA MARTIN                                                                                          PLAINTIFF

V.                                       CASE NO. 3:16-CV-00269-JTK

NANCY A. BERRYHILL, *Commissioner*
Social Security Administration                                                                DEFENDANT

## ORDER

Pending is Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (DE #18). In the motion, Plaintiff requests $2,886.12 in fees and expenses. The Commissioner has no objection. After careful consideration, the Court hereby finds that the motion should be granted and Plaintiff be awarded reasonable attorney's fees.

EAJA fees are payable to Plaintiff, not Plaintiff's attorney, and such fees are subject to an offset when the Plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Therefore, subject to any offset, payment by check to the order of the Plaintiff, in care of her attorney, will issue to Plaintiff's attorney.

Accordingly, the Application for Attorney Fees (DE #18) is GRANTED. Plaintiff is awarded $2,886.12.

IT IS SO ORDERED this 27th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE